# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| BONNIE DEHDASHTIAN, an individual,<br><br>        Plaintiff,<br><br>    v.<br><br>RAYTHEON COMPANY, a Delaware Corporation; and DOES 1 through 10, inclusive,<br><br>        Defendants. | Case No. 2:18-cv-04898 RSWL (SSx)<br><br>**ORDER GRANTING JOINT STIPULATION TO DISMISS ACTION WITH PREJUDICE**<br><br>Complaint Filed:  April 20, 2018<br>Removal Filed:  June 1, 2018<br>Trial Date:  None Set<br>District Judge:  Hon. Ronald S.W. Lew<br>Magistrate Judge:  Hon. Suzanne H. Segal |

///

///

///

Dehdashtian - Prop Order docx

Based upon the Parties' Joint Stipulation of Dismissal of Action With Prejudice, this Court finds good cause for such an order and issues an order as follows:

**IT IS HEREBY ORDERED.**

1. This entire matter is hereby dismissed with prejudice; and
2. Each party will bear their own attorney's fees and costs.

**IT IS SO ORDERED.**

DATED: 3/3/2020   By: s/ RONALD S.W. LEW
Honorable Ronald S.W. Lew
U.S. District Judge

Dehdashtian - Prop Order docx

1

Case No. 2:18-cv-04898 RSWL (SSx)
ORDER GRANTING JOINT STIPULATION TO DISMISS ACTION WITH PREJUDICE

**PROOF OF SERVICE**
*Bonnie Dehdashtian v. Raytheon Company, et al.*
Case No. 2:18-cv-04898 RSWL (SSx)

I am and was at all times herein mentioned over the age of 18 years and not a party to the action in which this service is made. At all times herein mentioned I have been employed in the County of Orange in the office of a member of the bar of this court at whose direction the service was made. My business address is 695 Town Center Drive, Suite 1500, Costa Mesa, CA 92626.

On March 4, 2020, I served the following document(s):

**[PROPOSED] ORDER GRANTING JOINT STIPULATION TO DISMISS ACTION WITH PREJUDICE**

by placing ☐ (the original) ☒ (a true copy thereof) in a sealed envelope addressed as follows:

☐ **BY MAIL:** I placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with the practice of Ogletree, Deakins, Nash, Smoak & Stewart P.C.'s practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid.

☐ **BY MAIL:** I deposited the sealed envelope with the United States Postal Service, with the postage fully prepaid at Park Tower, Fifteenth Floor, 695 Town Center Drive, Costa Mesa, CA 92626.

☐ **BY OVERNIGHT DELIVERY:** I placed the sealed envelope(s) or package(s) designated by the express service carrier for collection and overnight delivery by following the ordinary business practices of Ogletree, Deakins, Nash, Smoak & Stewart P.C., Costa Mesa, California. I am readily familiar with Ogletree, Deakins, Nash, Smoak & Stewart P.C.'s practice for collecting and processing of correspondence for overnight delivery, said practice being that, in the ordinary course of business, correspondence for overnight delivery is deposited with delivery fees paid or provided for at the carrier's express service offices for next-day delivery.

☐ **BY MESSENGER SERVICE:** (1) For a party represented by an attorney, delivery was made to the attorney or at the attorney's office by leaving the documents in an envelope or package clearly labeled to identify the attorney being served with a receptionist or an individual in charge of the office. (2) For a party, delivery was made to the party or by leaving the documents at the party's residence with some person not less than 18 years of age between the hours of eight in the morning and six in the evening.

☐ **BY FACSIMILE:** by transmitting a facsimile transmission a copy of said document(s) to the following addressee(s) at the following number(s), in accordance with:

☐ the written confirmation of counsel in this action:

Dehdashtian - Prop Order.docx

☐ [Federal Court] the written confirmation of counsel in this action and order of the court:

☒ **BY CM/ECF:** With the Clerk of the United States District Court of California, using the CM/ECF System. The Court's CM/ECF System will send an e-mail notification of the foregoing filing to the parties and counsel of record who are registered with the Court's CM/ECF System.

☒ **(Federal)** I declare that I am employed in the office of a member of the State Bar of this Court at whose direction the service was made. I declare under penalty of perjury under the laws of the United States of America that the above is true and correct.

☐ **(Federal)** I declare that I am a **member** of the State Bar of this Court at whose direction the service was made. I declare under penalty of perjury under the laws of the United States of America that the above is true and correct.

I declare under penalty of perjury under the laws of the United States of America that the above is true and correct.

Executed on March 4, 2020, at Costa Mesa, California.

*/s/ Dianna Kinnamon*
Dianna Kinnamon

**SERVICE LIST**

| | |
|---|---|
| David P. Myers, Esq.<br>Robert M. Kitson, Esq.<br>Ann Hendrix, Esq.<br>THE MYERS LAW GROUP, A.P.C.<br>9327 Fairway View Place, Ste. 100<br>Rancho Cucamonga, CA  91730<br>Tel:   909.919.2027<br>Fax:  888.375.2102 | Attorneys for Plaintiff<br>Bonnie Dehdashtian |

40205294.1